**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Fan-Tai Tai,

Plaintiff,

v.

Gordon Seppanen, et al.,

Defendants.

No. CV-26-05205-PHX-DWL

**ORDER**

In his operative complaint, *pro se* Plaintiff asserts one claim under the Age Discrimination in Employment Act of 1967 ("ADEA") and two claims under Title VII of the Civil Rights Act of 1964 ("Title VII"). (Doc. 14.) Although each claim includes a header indicating that it is only asserted against "Defendant [Honeywell International Inc.]" (*id.* at 15, 16, 17), the portion of the complaint calling for the identification of "The Defendant(s)" lists both Honeywell International Inc. ("Honeywell") and three individual Honeywell employees. (*Id.* at 2-3.) Accordingly, those individuals have filed a Rule 12(b)(6) motion to dismiss "as it pertains to the Individual Defendants" on the ground that "Title VII and the ADEA do not authorize a cause of action against managers, supervisors, or coworkers in their individual capacities." (Doc. 15 at 1-2.) The time to respond has expired and Plaintiff did not file a response.

Under LRCiv 7.2(i), if an "unrepresented party . . . not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." *Id.* At the

outset of this case, the Court issued a notice to Plaintiff that specifically advised him of this rule and of the consequences of not responding to a motion. (Doc. 3 at 5 ["If you DO NOT respond to a motion within the requirements of the local Rules, the Court may assume consent to the denial or granting of the motion and may dispose of the motion summarily under Local Rule of Civil Procedure 7.2(i)."].)

Accordingly,

**IT IS ORDERED** that the motion to dismiss (Doc. 15) is **summarily granted**. Defendants Gordon Seppanen, Sergio Bravo, and Zachary Lowe are dismissed without leave to amend.

Dated this 9th day of November, 2026.

Dominic W. Lanza
United States District Judge